**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| ALAN HINTON, | ) CASE NO. 4:12-cv-1063 |
| ) | |
| Plaintiff, ) | |
| ) | MAGISTRATE JUDGE |
| v. ) | NANCY A. VECCHIARELLI |
| ) | |
| TRINITY HIGHWAY PRODUCTS, LLC, ) | |
| ) | **MEMORANDUM OF OPINION** |
| Defendant. ) | Doc. No. 58 |

Before the court is the motion of plaintiff, Alan Hinton ("Hinton"), to alter or amend the court's judgment of May 8, 2013 denying Hinton's second motion for sanctions. Doc. No. 58. Hinton cites no previously undiscoverable evidence, no error or change in controlling law, and no manifest injustice resulting from the court's ruling. For these reasons, the court **DENIES** Hinton's motion.

    **IT IS SO ORDERED.**

Date: June 5, 2013                      s/ *Nancy A. Vecchiarelli*
                                                                  U.S. MAGISTRATE JUDGE